Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2026

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves the modification to Mr. Perez Vargas's bond as proposed to replace the condition of home detention with stand-alone GPS monitoring.

9/30/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:** **United States v. Roberandy Perez Vargas**
**26 Cr. 261 (LJL)**

Honorable Judge Liman:

I write with the consent of the Pretrial Services Agency and the Government to respectfully request that the Court modify Mr. Perez Vargas's bond to replace the condition of home detention with stand-alone GPS monitoring.

On May 19, 2026, Magistrate Judge Robert W. Lehrburger released Mr. Perez Vargas on his own signature and imposed bail conditions, including: a $75,000 personal recognizance bond cosigned by two financially responsible persons; pretrial supervision as directed by Pretrial Services; Home Detention; location monitoring technology as directed by PTS; continue or seek employment; no possession of firearm/destructive device/other weapon. Mr. Perez's bail conditions were met by June 2, 2026.

Since his release, Mr. Perez Vargas has been fully compliant with his bail conditions and reported to Pretrial as directed. Pretrial reports that he abides by the rules of home detention and has maintained full-time employment as a parking attendant for the entirety of his Pretrial supervision. Given his positive performance under Pretrial Supervision, Pretrial supports removing Mr. Perez Vargas from home detention and placing him on stand-alone GPS monitoring. Pretrial specifically recommends stand-alone monitoring over a curfew because Mr. Perez Vargas works overnight from Wednesday to Sunday. The Government defers to Pretrial.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/____________________
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753

**SO ORDERED:**

_________________________________
**HONORABLE LEWIS J. LIMAN**
**UNITED STATES DISTRICT JUDGE**

cc: AUSA Cameron Molis, PTSO Ashley Cosme