Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2026

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves the modification to Mr. Perez Vargas's bond as requested.

11/23/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:** **United States v. Roberandy Perez Vargas**
**26 Cr. 261 (LJL)**

Honorable Judge Liman:

I write with the consent of the Government and Pretrial Services to respectfully request that the Court modify Mr. Perez Vargas's bond so that he is allowed to change his address from his sister's home to his mother's home at 22-10 New Haven Avenue, Far Rockaway, New York 11691.

On May 19, 2026, Magistrate Judge Robert W. Lehrburger released Mr. Perez Vargas on his own signature and imposed bail conditions, including: a $75,000 personal recognizance bond cosigned by two financially responsible persons; pretrial supervision as directed by Pretrial Services; Home Detention; location monitoring technology as directed by PTS; continue or seek employment; no possession of firearm/destructive device/other weapon. Mr. Perez's bail conditions were met by June 2, 2026. And on September 30, 2026, the Court approved the replacement of Mr. Perez Vargas's condition of home detention to stand-alone GPS monitoring.

Since his release, Mr. Perez Vargas has been compliant with his bail conditions and reported to Pretrial as directed. Mr. Perez Vargas can no longer reside at his sister's address in Yonkers but can move into his mother's home in Queens, New York. This change in residence is essential to Mr. Perez Vargas's stability and success under Pretrial supervision. As noted above, both Pretrial and the Government consent to this modification.

Thank you for your consideration of this matter.

Respectfully submitted,

Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753

**SO ORDERED:**

**HONORABLE LEWIS J. LIMAN**
**UNITED STATES DISTRICT JUDGE**

cc: AUSA Cameron Molis, PTSO Ashley Cosme